IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.Z., *a minor, et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 13-720 |
| v. | ) Judge Cathy Bissoon |
| THE GATEWAY SCHOOL DISTRICT, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff's Response (Doc. 23) to the Order to Show Cause (Doc. 18) fails to demonstrate why this Court should disregard the Court of Appeals for the Third Circuit's conclusion that a parent may not bring claims, *pro se*, on behalf of his or her minor child. *See* Woodruff v. Hamilton Twp. Public Sch., 305 Fed. Appx. 833, 836, 2009 WL 105750, *2 (3d Cir. Jan. 15, 2009) (parent's rights under IDEA "do[] not translate into a broad right to pursue any statutory or common law claims on a child's behalf") (citation omitted). Simply put, "[w]ith the exception of an IDEA action on their own behalf, [parents] may not represent [their children, *pro se*,] in the federal courts in this [C]ircuit." *Id.*

Consistent with the foregoing, the Court hereby **DISMISSES** all claims purportedly asserted by Plaintiff's minor child, "A.Z.," and he will be terminated as a party to this lawsuit. As the Court already has advised, however, the instant ruling has no bearing on Plaintiff's assertion of IDEA rights on her own behalf. *See* Order dated Nov. 26, 2013 (Doc. 20) at 1 (under Winkelman, parents enjoy independent rights under IDEA, and they are entitled to prosecute those rights *pro se*).

Additionally, Plaintiff has failed to show cause why she should be referred to in this case by her initials, as opposed to her name. Although protecting the identity of a minor child is appropriate under Local Rule 5.2.D.2, those protections do not extend to Plaintiff, an adult.[1]

Consistent with the foregoing, Plaintiff "A.Z." will be removed from the docket, and the Clerk shall amend the caption to read: "Sharon Zilberman, Plaintiff, v. The Gateway School District, *et al.*, Defendants."

IT IS SO ORDERED.


December 9, 2013   s\Cathy Bissoon
                   Cathy Bissoon
                   United States District Judge


cc (via First-Class U.S. Mail):

Sharon Zilberman
187 Kelvington Drive
Monroeville, PA  15146


cc (via ECF email notification):

All Counsel of Record

---

[1] The Court further notes that Plaintiff's first and last name already appear in the record, and it was Plaintiff herself who put them there (albeit, by necessity). *See* Compl. (Doc. 1-1) at signature line *and* Doc. 1-2 (Civil Cover Sheet) (identifying Plaintiff's name).

2